JENNIFER S. CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
Phone: (406) 542-8851
Email: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

OCT 0 2 2025

Clerk, U.S. District Court
District of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MEGAL VINCIENZO DARICEK,<br>SUMMER DAWN WALRAVEN,<br>and RICHARD TRENT NYGAARD,<br><br>Defendants. | CR 25-45-M-DLC<br><br>INDICTMENT<br><br>CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 1)<br>Title 21 U.S.C. §§ 841(a)(1) and 846<br>(Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release)<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count 2)<br>Title 21 U.S.C. § 841(a)(1)<br>Title 18 U.S.C. § 2<br>(Penalty: Mandatory minimum 10 years to life imprisonment, $10,000,000 fine, and at least five years of supervised release) |

1

|  | POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (Count 3)<br>Title 18 U.S.C. § 924(c)(1)(A)(i)<br>(Penalty: Mandatory minimum five years to life imprisonment, consecutive to any other sentence, $250,000 fine, and five years of supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

COUNT 1

That beginning on or about March 1, 2025, and continuing until on or about May 1, 2025, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, MEGAL VINCIENZO DARICEK, SUMMER DAWN WALRAVEN, and RICHARD TRENT NYGAARD, knowingly and unlawfully conspired together, and with others both known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT 2

That beginning on or about March 1, 2025, and continuing until on or about May 1, 2025, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendants, MEGAL VINCIENZO DARICEK,

2

SUMMER DAWN WALRAVEN, and RICHARD TRENT NYGAARD, knowingly and unlawfully possessed with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), and aided and abetted the same, in violation of 18 U.S.C. § 2.

COUNT 3

That beginning on or about March 1, 2025, and continuing until on or about May 1, 2025, at Missoula, in Missoula County, in the State and District of Montana, and elsewhere, the defendant, MEGAL VINCIENZO DARICEK, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, conspiracy to possess with intent to distribute methamphetamine and possession with intent to distribute methamphetamine, as charged in counts 1 and 2 of this indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3