IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 25–45–M–DLC |
| vs. | |
| MEGAL VINCIENZO DARICEK, | ORDER |
| Defendant. | |

Before the Court is the United States' motion to allow an out-of-time filing of its expert disclosure. (Doc. 64.) The expert documents have been disclosed in discovery. Defense counsel does not oppose. (*Id*. at 1.)

Accordingly, IT IS HEREBY ORDERED that the United States shall file its expert disclosure by end of day, December 22, 2025.

DATED this 22nd day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court

1